1  STEVEN H. GURNEE, ESQ. SB# 66056
   JOHN A. MASON, ESQ. SB# 166996
2  NICHOLAS P. FORESTIERE, ESQ. SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
4  Telephone      (916) 797-3100
   Facsimile      (916) 797-3131
5
   Attorneys for Defendants
6  ALDERWOODS GROUP, INC., PAUL HOUSTON,
   SERVICE CORPORATION INTERNATIONAL,
7  SCI FUNERAL AND CEMETERY PURCHASING
   COOPERATIVE, INC., SCI EASTERN MARKET
8  SUPPORT CENTER, L.P., SCI WESTERN MARKET
   SUPPORT CENTER, L.P., and SCI HOUSTON
9  MARKET SUPPORT CENTER, L.P.

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14  WILLIAM HELM, DEBORAH PRISE,          )  No.  CV 08-01184 SI
    HEATHER P. RADY, et al., on behalf of  )
15  themselves and all other employees and former )
    employees similarly situated,         )
16                                         )  **[PROPOSED] AMENDED ORDER
                                           )  GRANTING PLAINTIFFS' MOTION
17           Plaintiffs,                   )  FOR LEAVE TO EXCEED PAGE
                                           )  LIMITATIONS**
18       vs.                               )
                                           )
19  ALDERWOODS GROUP, INC., PAUL A.        )
    HOUSTON, SERVICE CORPORATION           )
20  INTERNATIONAL, SCI FUNERAL AND         )
    CEMETERY PURCHASING                    )
21  COOPERATIVE, INC., SCI EASTERN         )
    MARKET SUPPORT CENTER, L.P., SCI       )
22  WESTERN MARKET SUPPORT CENTER,         )
    L.P., a/k/a SCI WESTERN MARKET         )
23  SUPPORT CENTER, INC., and SCI          )
    HOUSTON MARKET SUPPORT CENTER,         )
24  L.P.                                   )
                                           )
25                                         )
                                           )
26           Defendants.                   )
    _____)
27

28

   [PROPOSED] AMENDED ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO
   EXCEED PAGE LIMITATIONS                                                        1
   Case No.:  CV 08-01184 SI

1    Upon consideration of Plaintiffs' Motion for Administrative Relief seeking leave to file a

2    Memorandum of Points and Authorities in Support for their Motion for Rule 23 Class Certification

3    and appointment of class counsel in excess of the proscribed page limits (Docket No. 181), upon

4    consideration of the parties' Stipulation for Plaintiffs to File Memorandum and Points of

5    Authorities in Support of Plaintiffs' Rule 23 Class Certification Motion in Excess of Page Limits in

6    which the parties agree that "Defendants likewise may file a response to plaintiffs' Rule 23 Motion

7    for Class Certification and appointment of class counsel not to exceed 70 pages," (Docket No.

8    184), and in recognition of this Court's oral ruling on this issue made at the time of the September

9    25, 2009 Case Management Conference, IT IS HEREBY ORDERED that plaintiffs' Motion is

10   GRANTED.

11    IT IS HEREBY FURTHER ORDERED that:

12    1.    Plaintiffs' Memorandum of Points and Authorities in Support of their Motion for

13   Rule 23 Class Certification and appointment of class counsel shall not exceed 70 pages; and

14    2.    Defendants, likewise, may file a response to plaintiffs' Rule 23 Motion for Class

15   Certification and appointment of class counsel not to exceed 70 pages.

16    **IT IS SO ORDERED.**

17

18

Dated:_____

19
                                        _____
20                                      Honorable Susan Illston
                                        United States District Court
21

22

23

24

25

26

27

28

[PROPOSED] AMENDED ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO
EXCEED PAGE LIMITATIONS
Case No.:  CV 08-01184 SI

2