1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

11 WILLIAM HELM, DEBORAH PRISE,              )   CASE NO.  3:08-CV-01184 SI
   HEATHER P. RADY, et al., on behalf of     )
12 themselves and all other employees and former )
   employees similarly situated,              )
13                                            )   **[PROPOSED] ORDER CONTINUING**
                   Plaintiffs,                )   **CASE MANAGEMENT CONFERENCE**
14                                            )
   v.                                         )
15                                            )
   ALDERWOODS GROUP, INC.,                    )
16                                            )
                   Defendant.                 )
17                                            )
                                              )
18                                            )
   _____)
19

20     Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as

21 follows:

22     1.    The date for the further Case Management Conference, previously set for December

23 16, 2010 is continued to **February 18, 2011 at 3:00 p.m.**

24

25

26

27

28
   [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
                                          1

   Case No.:  3:08-CV-01184 SI

1  **IT IS SO ORDERED:**

2  Dated: _____   _____

3               Honorable Susan Illston
             United States District Court

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
            2

Case No.:  3:08-CV-01184 SI