1 BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
2 P.O. Box 119
Oakland, CA 94604
3 Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
4 rbodzin@BurnhamBrown.com

5 Attorneys for Plaintiffs

6 [Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALDERWOODS GROUP, INC.,<br><br>Defendant. | CASE NO.  3:08-CV-01184 SI<br><br>**[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCES AT CASE MANAGEMENT CONFERENCE** |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1. Plaintiffs and Defendant shall attend the Case Management Conference set for **February 18, 2011 at 3:00 p.m** by telephonic appearance.

[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCES AT CASE
MANAGEMENT CONFERENCE                                                                                           1

Case No.:  3:08-CV-01184 SI

1  IT IS SO ORDERED:
2
3      2/11/11
   _____
4      Honorable Susan Illston
       United States District Court
5
   AGREED TO:
6

7  By: /s/ Sarah Cressman                    By: /s/ John A. Mason
       J. Nelson Thomas (*pro hac vice*)         Steven H. Gurnee
8      Patrick J. Solomon (*pro hac vice*)       David M. Daniels
       Annette Gifford (*pro hac vice*)          John A. Mason
9      Sarah Cressman (*pro hac vice*)           GURNEE & DANIELS LLP
       THOMAS & SOLOMON LLP                      2240 Douglas Blvd, Suite 150
10     693 East Avenue                           Roseville, CA 95648
       Rochester, NY  14607                      Telephone: 916-797-3100
11     Telephone: 585-272-0540                   Facsimile: 916-797-3131
12     Facsimile: 585-272-0574
                                                 Counsel for Defendant
13
       Robert M. Bodzin, State Bar No. 201327
14     BURNHAM BROWN
       P.O. Box 119
15     Oakland, CA 94604
       Telephone: (510) 835-6833
16     Facsimile: (510) 835-6666
17
       Charles H. Saul (*pro hac vice*)
18     Liberty J. Weyandt (*pro hac vice pending*)
19     Kyle T. McGee (*pro hac vice*)
       MARGOLIS EDELSTEIN
20     525 William Penn Place
       Suite 3300
21     Pittsburgh, PA 15219
       Telephone: 412-281-4256
22     Facsimile: 412-642-2380
23
24     Counsel for Plaintiffs
25
26
27
28
   [PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCES AT CASE
   MANAGEMENT CONFERENCE                                      2

   Case No.: 3:08-CV-01184 SI