1  STEVEN H. GURNEE, ESQ. SB# 66056
   NICHOLAS P. FORESTIERE, ESQ. SB#125118
2  JOHN A. MASON, ESQ. SB# 166996
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
4  Telephone      (916) 797-3100
   Facsimile      (916) 797-3131
5
   Attorneys for Defendants
6  ALDERWOODS GROUP, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | WILLIAM HELM, DEBORAH PRISE,            ) No.  CV 08-01184 SI
12 | HEATHER P. RADY, et al., on behalf of   )
   | themselves and all other employees and former ) [PROPOSED] ORDER CONTINUING
13 | employees similarly situated,           ) DATE FOR CASE MANAGEMENT
   |                                         ) CONFERENCE
14 |            Plaintiffs,                  )
15 |    vs.                                  )
   |                                         )
16 | ALDERWOODS GROUP, INC.,                 )
   |                                         )
17 |            Defendants.                  )
18 |_____)

19     Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as
20 follows:
21
22     1.     The date for the further Case Management Conference in this matter, previously set
23 for July 15, 2011, is continued to **September 23, 2011 at 3:00 p.m.**
24
25 ////
26
27 ////
28

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR CASE
MANAGEMENT CONFERENCE                                                                          1
Case No.: CV 08-01184 SI

1  **IT IS SO ORDERED:**
2
3  Dated: 7/25/11
   _____
   Honorable Susan Illston
4  United States District Court
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE**
Case No.: CV 08-01184 SI

2