UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ELIZABETH M. GRANT, | ) | Case No. 2:11-cv-01436-ECR-GWF |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ALDERWOODS GROUP, INC., et al., | ) | |
| Defendants. | ) | |

On November 3, 2011, Plaintiff, Elizabeth M. Grant, and Defendant, Alderwoods Group, Inc., filed a joint stipulation to dismiss. Defendant Alderwoods Group, Inc., was the sole remaining defendant in this action. At the time of filing the stipulation, there was a condition that Plaintiff may file an amended complaint by January 3, 2012. If an amended complaint was filed by January 3, 2012, the dismissal would be without prejudice. No amended complaint has been filed to date.

The stipulation of November 3, 2011, further states that if no amended complaint was filed by January 3, 2012, then the parties stipulate to the dismissal of this case with prejudice.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The Clerk shall enter judgment accordingly.

Dated this 8th day of March 2012.

*Edward C. Reed*
_____
EDWARD C. REED, JR.
United States District Judge